AO 91 (Rev. 12/93) Criminal Complaint

## United States District Court

### DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Complaint |
| v. | CASE NUMBER: 08-88-M |
| LARRY M. WILMER | |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __May 2, 2008__ in __New Castle__ County, in the District of Delaware, defendant possessed a firearm, in and affecting interstate and foreign commerce, after having been convicted of a felony crime punishable by more than one year in prison,

in violation of Title ___18___ United States Code, Section(s) __922(g)(1) and 924(a)(2)__

I further state that I am a(n) __ATF Task Force Officer__ and that this complaint is based
                                        Official Title
on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   Yes

                                                   _____
                                                   Signature of Complainant
                                                   David C. Rosenblum
                                                   ATF Task Force Officer

Sworn to before me and subscribed in my presence,

__May 2, 2008__                            at    __Wilmington, DE__
Date                                                         City and State

Honorable Leonard P. Stark
United States Magistrate Judge                   _____
Name & Title of Judicial Officer                      Signature of Judicial Officer

AFFIDAVIT OF PROBABLE CAUSE: ATF Task Force Officer and Special Deputy U.S Marshal David C. Rosenblum

Your Affiant Detective David C. Rosenblum has been a Wilmington Police Officer for approximately 9 years and is currently assigned as a Task Force Officer (TFO) with the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), whose duties include the investigation into firearms offenses committed in Wilmington, Delaware. Your Affiant has been authorized to seek and execute arrest and search warrants supporting a federal task force through Deputization by the United States Marshal's Service. During this Officer's employment as a Law Enforcement Officer, Your Affiant has authored in excess of 400 felony arrests warrants for crimes, some of which involved illegal narcotics and firearms. Prior to Your Affiant's current assignment, this Officer was assigned to the Wilmington Police Drug, Organized Crime, and Vice Division, Operation Safe Streets Task Force where Your Affiant has conducted over an estimated 1000 investigations into illegal narcotics and/ or firearms offenses whereby, this Officer seized numerous weapons along with large amounts of narcotics and suspected drug proceeds. During Your Affiant's tenure as a Law Enforcement Officer, Your Affiant has received over 275 days of training from the DOJ, FBI, ATF, DEA, DSP, WPD, DOC, Royal Canadian Mounted Police, North East Counter Drug Training, Homeland Security, California Highway Patrol and other law enforcement agencies. Your Affiant has been qualified in Delaware Superior Court and Federal Court, District of Delaware to provide expert testimony on the intent to distribute controlled substances and has testified as an expert in approximately 15 felony drug trials. During the course of previous investigations, Your Affiant has had conversations with federal agents and law enforcement officers with knowledge and/ or expertise in firearms offenses dealing with interstate nexus of firearms crossing state lines thereby affecting interstate commerce.

1. Unless otherwise stated, the information in this affidavit is based upon your affiant's personal knowledge and conversations with other Wilmington Police Officers. Because this affidavit is solely for establishing probable cause, not all facts related to this investigation are included herein.

2. The events stated below occurred on or about 2 May 2008, in the City of Wilmington, State and District of Delaware, as stated to me by two Wilmington Police Officers.

3. Your Affiant learned from speaking to the Officers that they were operating as partners in a two man marked patrol vehicle in the Riverside area. While in the area the officers reported they were driving very slowly attempting to gain visual contact of a courtyard which they are familiar with as having illegal activities occur often. While in the area, the officers observed only two individuals in the courtyard both standing next to two large trash receptacles. Both individuals were holding the lids to the receptacles open, the officers reported that the individuals suddenly became aware of the officers presence at which time they shoved their hands into the receptacles, closed the lids then walked away. The officers approached the subjects and initiated a contact to investigate what they described as suspicious activity. At that time the subjects were not physically restrained in any manner. While officers spoke with the subjects, the officer who

      witnessed the occurrence walked to the receptacles and upon opening each lid observed two separate firearms lying directly on top of piles of trash located in the receptacles. The subjects were then taken into custody without incident.

4. While searching both subjects incident to the arrest, both subjects were found to possess black knit caps, black ski masks, and black gloves.

5. The firearms recovered are described: (1) a Smith and Wesson 9 millimeter, model 5946 (serial number VCA3019) found to have 14 rounds in the magazine; (2) a Glock 45 caliber model 30 (serial number DCF376) with 8 rounds in the chamber. The Smith and Wesson 9 millimeter was reported stolen out o Elsmere jurisdiction, Delaware.

6. In speaking with the Officer, he reported to Your Affiant that he positively identified Defendant LARRY M WILMER as the individual who discarded the 9 millimeter firearm.

7. Your Affiant reviewed the Delaware Justice Information System Database (DELJIS) and verified LARRY M WILMER has two prior Felony Convictions in New Castle County Superior Court dated 14 April 2008: (1) Robbery Second Degree, a class F Felony and (2) Conspiracy Second Degree, class G Felony, both of which are punishable by imprisonment for a term of exceeding 1 year.

8. From my training and experience, and prior discussion with an ATF Agent who is expertly trained and experienced in determining the interstate nexus of firearms, Your Affiant believes that the weapon described in paragraph 5 herein is a firearm as defined in 18 U.S.C., Chapter 44, Section 921(a)(3) and was manufactured in a state other than Delaware such that its possession in Delaware would have necessarily required that the firearm had crossed state lines prior to its possession in Delaware and such that the possession of that firearm in Delaware affected interstate or foreign commerce.

Wherefore, based upon your affiant's training and experience, your affiant believes that there is probable cause to believe that the defendant LARRY WILMER violated:(1) 18 U.S.C. 922(g)(1) and 924(a)(2), by possessing in and affecting interstate commerce a firearm, after having previously been convicted of a felony crime punishable by imprisonment for a term exceeding one year, and respectfully requests that the Court issue a Criminal Complaint charging this offense.

_____
David C. Rosenblum
Task Force Officer, ATF
Special Deputy U.S. Marshal


Sworn to and subscribed in my presence
this ___ day of ___May___ 2008
_____
The Honorable Leonard P. Stark
United States Magistrate Judge